IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CONCEPT ENGINEERING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PINTEREST, INC.,<br><br>    Defendant. | C.A. No. 21-1465 (MN) |

**DECLARATION OF RYAN PROBASCO IN SUPPORT OF
DEFENDANT PINTEREST, INC.'S MOTION TO COMPEL ARBITRATION
AND DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE,
TO STAY LITIGATION PENDING ARBITRATION**

I, Ryan Probasco, declare and state as follows:

1. I am employed as Engineering Manager at Pinterest, Inc. ("Pinterest"), the defendant in the above-captioned matter. I have personal knowledge of the facts stated herein including through review of Pinterest's business records as kept in the ordinary course of its business and, if called as a witness, I could and would testify fully and accurately thereto.

2. I make this declaration in support of Pinterest's Motion to Compel Arbitration and Dismiss Plaintiff's Complaint, or, in the Alternative, to Stay Litigation Pending Arbitration.

3. I have been Head of Engineering of Pinterest TwoTwenty since March 2020 and was Engineering Manager at Pinterest from July 2011 to June 2016. As Engineering Manager at Pinterest from July 2011 to June 2016, my duties and responsibilities included review and approval of Pinterest's user interface, including the account registration interface and the screens providing notice of and requiring assent to Pinterest's Terms of Service.

4. As Engineering Manager, I had access to Pinterest's business records (as maintained in the ordinary course of its business), including records of when Pinterest users open and close their accounts, records of user activity on Pinterest, and records of communications between Pinterest and its users. In my current position at Pinterest, I have the same access to Pinterest's same business records.

5. Pinterest, founded in 2010, is a Delaware corporation with its headquarters in San Francisco, California. Pinterest is a popular online service that allows users to save digital images and create virtual bulletin boards with those images. By enabling users to post, share, and browse content, Pinterest provides a way for people to discover new things and engage with the people who share similar interests.

## Concept Engineering's Pinterest Account

6. On September 21, 2012, Plaintiff Concept Engineering LLC ("Concept Engineering") registered for a personal account on Pinterest by email. On August 23, 2013, Concept Engineering converted its Pinterest personal account to a business account. Concept Engineering continues to operate its business account on Pinterest to this day associated with the business name ConceptHome.com. Below is a snapshot of their account on Pinterest on December 20, 2021:



7.      Since registering as a Pinterest user, Concept Engineering has uploaded numerous architectural works, house plans and renderings to Pinterest, many of which are among Concept Engineering's list of federally registered copyrighted works provided as Exhibit A to its Complaint.

## Pinterest's Terms of Service

8.      Before anyone can use Pinterest, they must create an account and agree to Pinterest's Terms of Service. This has been true since Pinterest launched in March 2010. The use of Pinterest was governed by one set of Terms of Service until on or about November 14, 2012, when Pinterest introduced accounts specifically for businesses using Pinterest and provided a new set of Business Terms of Service to govern business accounts. Since that time, personal use of Pinterest has been governed by Pinterest's Terms of Service ("Terms") and business use of Pinterest has been governed by Pinterest's Business Terms of Service ("Business Terms").

**Concept Engineering's Personal Account Creation**

9. Pinterest's records reflect that Concept Engineering's account was created on September 21, 2012. According to Pinterest's records, in order for Concept Engineering to open a Pinterest account by email at that time, it was required to proceed through the screen reproduced below in two parts (Figures 1 & 2), which contained the following notice directly above the red "Create Account" button that Concept Engineering had to click in order to create its Pinterest account: "By creating an account, I accept Pinterest's **Terms of Service** and **Privacy Policy.**"

(Fig. 1)

(Fig. 2)

10. At all times, the bolded "**Terms of Service**" was a hyperlink to a full copy of the Pinterest Terms. If a user hovered their cursor over the "**Terms of Service**" hyperlink, the hyperlink would be highlighted in a red font with an underline, as reproduced in Figure 3 below. If the user clicked on that bolded red text, he or she would have been redirected to a screen displaying the entirety of Pinterest's Terms.



(Fig. 3)

**<u>Applicable Terms</u>**

11. Concept Engineering's use of Pinterest was governed by Pinterest's Terms from September 21, 2012 until it converted to a business account on August 23, 2013, at which point it was governed by Pinterest's Business Terms. At all times during this period, Pinterest's Terms required arbitration of disputes by the American Arbitration Association ("AAA").

12. The version of Pinterest's Terms in effect on September 21, 2012 – when Pinterest's records show that Concept Engineering opened its account – was in effect until November 14, 2012. A true and correct copy of Pinterest's Terms in effect on September 21, 2012 (the "September 21, 2012 Terms") is attached hereto as <u>Exhibit A</u>.

13. The September 21, 2012 Terms contained the following excerpted arbitration provision:

> In the unlikely event that Pinterest has not been able to resolve a dispute it has with you after attempting to do so informally, we each agree to resolve any claim, dispute, or controversy (excluding claims for injunctive or other equitable relief) arising out of or in connection with or relating to these Terms, or the breach or alleged breach thereof (collectively, "Claims"), by binding arbitration by the American Arbitration Association ("AAA") under the Commercial Arbitration Rules and Supplementary Procedures for Consumer Related Disputes then in effect for the AAA, except as provided herein.

Ex. A at 10 (Section 11(a)).

14. The September 21, 2012 Terms also contained the following choice of law provision:

> These Terms shall be governed by the internal substantive laws of the State of California, without respect to its conflict of laws principles. . . . We each agree to submit to the personal jurisdiction of a state court located in Santa Clara County, California or the United States District Court for the Northern District of California, for any actions for which either party retains the right to seek injunctive or other equitable relief, as further described in the Arbitration provision above.

Ex. A at 10 (Section 11(b)).

15. Pinterest's Terms were revised on November 14, 2012, and February 12, 2013. A true and correct copy of Pinterest's Terms that went into effect on November 14, 2012, is attached hereto as Exhibit B. A true and correct copy of Pinterest's Terms that went into effect on February 12, 2013 (the "February 12, 2013 Terms"), is attached hereto as Exhibit C.

16. The February 12, 2013 Terms remained unchanged and remained in effect on August 23, 2013 when Concept Engineering converted its personal account to a business account.

17. At all times from November 14, 2012 through August 23, 2013, Pinterest's Terms contained the following excerpted Arbitration provision:

> If Pinterest has not been able to resolve the dispute with you informally, we each agree to resolve any claim, dispute, or controversy (excluding claims for injunctive or other equitable relief) arising out of or in connection with or relating to these Terms by binding arbitration by the American Arbitration Association ("AAA") under the Commercial Arbitration Rules and Supplementary Procedures for Consumer Related Disputes then in effect for the AAA, except as provided herein.

*See* Ex. B at 7 (Section 10); Ex. C at 5 (Section 10).

18. At all times from November 14, 2012 through August 23, 2013, Pinterest's Terms also contained the following choice of law provision:

> These Terms shall be governed by the laws of the State of California, without respect to its conflict of laws principles. We each agree to submit to the personal jurisdiction of a state court located in Santa Clara County, California or the United States District Court for the Northern District of California, for any actions not subject to [the Arbitration clause].

*See* Ex. B at 7 (Section 11); Ex. C at 5 (Section 11).

## Concept Engineering's Business Account Creation

19. On August 23, 2013, according to Pinterest's records, Concept Engineering converted its personal account to a business account. According to Pinterest's records, in order for Concept Engineering to convert its personal account to a business account, Concept Engineering was required to complete a form providing its "Business Type," "Contact Name," and "Email Address." In addition, Concept Engineering was given an opportunity to update its profile in the following form (Figure 4):

7

 (Fig. 4)

20. Next, as shown below (Figure 5), Concept Engineering was provided with Pinterest's Business Terms in a window where it could scroll through and review the entirety of the Business Terms. A printer icon button was also provided so that Concept Engineering (and other users) could print Pinterest's Business Terms for their review and/or records. Concept Engineering was required to check the box next to the statement "I agree to the Business Terms of Service and Privacy Policy" in order to be allowed to continue to create a business account with Pinterest. After Concept Engineering checked the box indicating its agreement to Pinterest's Business Terms and Privacy Policy, Concept Engineering would have clicked on the red "Create Account" button displayed below in order to create its business account. Unless Concept Engineering both checked the box indicating its agreement to Pinterest's Business Terms and clicked the red Create Account button, Pinterest's system would not have allowed Concept Engineering to convert its personal account into the business account, as it did.

(Fig. 5)

21. As shown in Figure 6 below, as compared to Figure 5 above, the user could scroll through the Business Terms to review them in their entirety before accepting and agreeing to them. In Figure 6, the user has scrolled through Pinterest's Business Terms from section 1 to section 11.

(Fig. 6)

9

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 22, 2021 at San Leandro, CA USA

_____
Ryan Probasco