# EXHIBIT B



Search | Pinterest | English | About | Login

What is Pinterest?
Pin Etiquette
Getting Started
Support
Goodies
Careers
Press
Team

Terms & Privacy
Copyright & Trademark

# Terms & Privacy

**Terms of Service** | **Privacy Policy** | **Acceptable Use Policy**

These Terms of Service took effect on November 14, 2012. To view the past Terms of Service **click here**.

## Thank you for using Pinterest!

Pinterest's products and services are provided by Pinterest, Inc. These Business Terms of Service ("Business Terms") govern your access to and use of Pinterest's website, products, and services ("Products") for commercial purposes. Please read these Terms carefully, and **contact us** if you have any questions. By creating a Commercial Account, or by accessing or using our Products, you agree to be bound by these Terms and by our **Privacy Policy**.

**Translation:**
Every company has its terms. These are ours.

What is Pinterest?
Pin Etiquette
Getting Started
Support
Goodies
Careers
Press
Team

Terms & Privacy
Copyright & Trademark

## 1. Using Pinterest

*a. Who can use Pinterest.*
You may use our Products only if you can form a binding contract with Pinterest, and only in compliance with these Terms and all applicable laws. When you create your Pinterest account, you must provide us with accurate and complete information. Any use or access by anyone under the age of 13 is prohibited. If you open an account on behalf of a company, organization, or other entity, then (a) "you" includes you and that entity, and (b) you represent and warrant that you are authorized to grant all permissions and licenses provided in these Terms and bind the entity to these Terms, and that you agree to these Terms on the entity's behalf. Some of our Products may be software that is downloaded to your computer, phone, tablet, or other device. You agree that we may automatically upgrade those Products, and these Terms will apply to such upgrades.

*b. Our license to you.*
Subject to these Terms and our policies (including our Acceptable Usage Policy), we grant you a limited, non-exclusive, non-transferable, and revocable license to use our Products.

**Translation:**
You can use Pinterest unless you're under 13. Also, if your boss is making you use Pinterest, you need to set up a business account.

## 2. Your Content

*a. Posting content.*
Pinterest allows you to post content, including photos, comments, and other materials. Anything that you post or otherwise make available on our Products is referred to as "User Content." You retain all rights in, and are solely responsible for, the User Content you post to Pinterest.

**Translation:**
If you post your content on Pinterest, it still belongs to you but we can show it to people and others can re-pin it.

*b. How Pinterest and other users can use your content.*
You grant Pinterest and its users a non-exclusive, royalty-free, transferable, sublicensable, worldwide license to use, store, display, reproduce, re-pin, modify, create derivative works, perform, and distribute your User Content on Pinterest solely for the purposes of operating, developing, providing, and using the Products. Nothing in these Terms shall restrict other legal rights Pinterest may have to User Content, for example under other licenses. We reserve the right to remove or modify User Content for any reason, including User Content that we believe violates these Terms or our policies.

Scroll to Top





What is Pinterest?
Pin Etiquette
Getting Started
Support
Goodies
Careers
Press
Team

Terms & Privacy
Copyright & Trademark

*c. How long we keep your content:*
Following termination or deactivation of your account, or if you remove any User Content from Pinterest, we may retain your User Content for a commercially reasonable period of time for backup, archival, or audit purposes. Furthermore, Pinterest and its users may retain and continue to use, store, display, reproduce, re-pin, modify, create derivative works, perform, and distribute any of your User Content that other users have stored or shared through Pinterest.

**Translation:**
Copies of content shared with others may remain even after you delete the content from your account.

*d. Your responsibility for your content:*
*i. To Pinterest and our community.* Pinterest provides a creative and positive place for you and other users to discover and share things you love. To keep it that way, you must abide by our **Pin Etiquette** and comply with our policies, including our **Acceptable Use Policy**. Except as expressly provided in these Terms, you agree not to use, modify, reproduce, distribute, sell, license, or otherwise use our Products without our permission.

*ii. To third parties.* Pinterest respects the rights of third party creators and content owners, and expects you to do the same. You therefore agree that any User Content that you post to Pinterest does not and will not violate any law or infringe the rights of any third party.

**Translation:**
Also, don't post porn or spam or be a jerk to other Pinners. Oh, and we can actually use your suggestions to make Pinterest better.

*e. Feedback you provide:*
We value hearing from our users, and are always interested in learning about ways we can make Pinterest more awesome. If you choose to submit comments, ideas or feedback, you agree that we are free to use them without any restriction or compensation to you. By accepting your submission, Pinterest does not waive any rights to use similar or related Feedback previously known to Pinterest, or developed by its employees, or obtained from sources other than you.

What is Pinterest?
Pin Etiquette
Getting Started
Support
Goodies
Careers
Press
Team

Terms & Privacy
Copyright & Trademark

## 3. Copyright Policy

Pinterest has adopted and implemented the Pinterest Copyright Policy in accordance with the Digital Millennium Copyright Act. For more information, please read our **Copyright Policy**.

**Translation:**
We respect copyrights. You should, too.

## 4. Security

We care about the security of our users. While we work to protect the security of your content and account, Pinterest cannot guarantee that unauthorized third parties will not be able to defeat our security measures. Please notify us immediately of any compromise or unauthorized use of your account. For accounts created on behalf of a company, organization, or other entity, you are responsible for ensuring that only authorized individuals have access to the account.

**Translation:**
You can help us fight spammers by keeping **these security tips** in mind.

## 5. Third-party Links, Sites and Services

Our Products may contain links to third-party websites, advertisers, services, special offers, or other events or activities that are not owned or controlled by Pinterest. We do not endorse or assume any responsibility for any such third-party sites, information, materials, products, or services. If you access any third party website, service, or content from Pinterest, you do so at your own risk and you agree that Pinterest will have no liability arising from your use of or access to any third-party website, service, or content.

**Translation:**
Pins link to content off of Pinterest. Most of that stuff is awesome but we're not responsible when it's not.

> What is Pinterest?
> Pin Etiquette
> Getting Started
> Support
> Goodies
> Careers
> Press
> Team
>
> Terms & Privacy
> Copyright & Trademark
>
> ## 6. Termination.
>
> Pinterest may terminate or suspend this license at any time, with our without cause or notice to you. Upon termination, you continue to be bound by Sections 2, 3(b), and 7-13 of these Terms.
>
> **Translation:**
> We reserve the right to refuse service to anyone.
>
> ## 7. Indemnity
>
> You agree to indemnify and hold harmless Pinterest and its officers, directors, employees and agents, from and against any claims, suits, proceedings, disputes, demands, liabilities, damages, losses, costs and expenses, including, without limitation, reasonable legal and accounting fees (including costs of defense of claims, suits or proceedings brought by third parties), in any way related to (a) your access to or use of our Products, (b) your User Content, or (c) your breach of any of these Terms.
>
> **Translation:**
> If we are sued because of something your business does on Pinterest, you have to pay our costs. Also, you should have created a business account and agreed to our commercial terms in the first place.

## 8. Disclaimers

The Products and all included content are provided on an "as is" basis without warranty of any kind, whether express or implied.

> **Translation:**
> We are building the best service we can for you but we can't promise it will be perfect. We're not liable for various things. If you think we are, let's try to work it out like adults.

PINTEREST SPECIFICALLY DISCLAIMS ANY AND ALL WARRANTIES AND CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF TRADE.

Pinterest takes no responsibility and assumes no liability for any User Content that you or any other user or third party posts or transmits using our Products. You understand and agree that you may be exposed to User Content that is inaccurate, objectionable, inappropriate for children, or otherwise unsuited to your purpose.

> **Translation:**
> Unfortunately, people post bad stuff on user-generated content sites like Pinterest. We take that kind of thing seriously but you still might run into it before we have a chance to take it down. If you see bad stuff, please report it to us.

## 9. Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY LAW, PINTEREST SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM (A) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE PRODUCTS; (B) ANY CONDUCT OR CONTENT OF ANY THIRD PARTY ON THE PRODUCTS, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; OR (D) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN NO EVENT SHALL PINTEREST'S AGGREGATE LIABILITY FOR ALL CLAIMS RELATED TO THE PRODUCTS EXCEED THE GREATER OF ONE HUNDRED U.S. DOLLARS (U.S. $100.00) OR THE AMOUNTS PAID BY YOU TO PINTEREST FOR THE PAST THREE MONTHS FOR THE PRODUCTS.

## 10. Arbitration

For any dispute you have with Pinterest, you agree to first **contact us** and attempt to resolve the dispute with us informally. If Pinterest has not been able to resolve the dispute with you informally, we each agree to resolve any claim, dispute, or controversy (excluding claims for injunctive or other equitable relief) arising out of or in connection with or relating to these Terms by binding arbitration by the American Arbitration Association ("AAA") under the Commercial Arbitration Rules and Supplementary Procedures for Consumer Related Disputes then in effect for the AAA, except as provided herein. Unless you and Pinterest agree otherwise, the arbitration will be conducted in the county where you reside. Each party will be responsible for paying any AAA filing, administrative and arbitrator fees in accordance with AAA rules, except that Pinterest will pay for your reasonable filing, administrative, and arbitrator fees if your claim for damages does not exceed $75,000 and is non-frivolous (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)). The award rendered by the arbitrator shall include costs of arbitration, reasonable attorneys' fees and reasonable costs for expert and other witnesses, and any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Nothing in this Section shall prevent either party from seeking injunctive or other equitable relief from the courts for matters related to data security, intellectual property or unauthorized access to the Service. ALL CLAIMS MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, AND, UNLESS WE AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS. YOU AGREE THAT, BY ENTERING INTO THESE TERMS, YOU AND PINTEREST ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION.

## 11. Governing Law and Jurisdiction

These Terms shall be governed by the laws of the State of California, without respect to its conflict of laws principles. We each agree to submit to the personal jurisdiction of a state court located in Santa Clara County, California or the United States District Court for the Northern District of California, for any actions not subject to Section 11 (Arbitration).

Our Products are controlled and operated from the United States, and we make no representations that they are appropriate or available for use in other locations.

**Translation:**
The Bay Area is beautiful this time of year. It's doesn't matter what time of year it is, that's what's so great! Anyway, you'll have to sue us here.

Sidebar:
- What is Pinterest?
- Pin Etiquette
- Getting Started
- Support
- Goodies
- Careers
- Press
- Team
- Terms & Privacy
- Copyright & Trademark

7

What is Pinterest?

Pin Etiquette

Getting Started

Support

Goodies

Careers

Press

Team

Terms & Privacy

Copyright & Trademark

**Translation:**
The Bay Area is beautiful this time of year. It's doesn't matter what time of year it is, that's what's so great! Anyway, you'll have to sue us here.

## 12. General Terms

*Notification Procedures and changes to these Terms.* Pinterest reserves the right to determine the form and means of providing notifications to you, and you agree to receive legal notices electronically if we so choose. We may revise these Terms from time to time and the most current version will always be posted on our website. If a revision, in our sole discretion, is material we will notify you. By continuing to access or use the Products after revisions become effective, you agree to be bound by the revised Terms. If you do not agree to the new terms, please stop using the Products.

**Translation:**
If we're making a big change to the terms, we'll let you know.

*Assignment.* These Terms, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by Pinterest without restriction. Any attempted transfer or assignment in violation hereof shall be null and void.

*Entire Agreement/Severability.* These Terms, together with the Privacy Policy and any amendments and any additional agreements you may enter into with Pinterest in connection with the Products, shall constitute the entire agreement between you and Pinterest concerning the Products. If any provision of these Terms is deemed invalid, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect.

*No Waiver.* No waiver of any term of these Terms shall be deemed a further or continuing waiver of such term or any other term, and Pinterest's failure to assert any right or provision under these Terms shall not constitute a waiver of such right or provision.

**Translation:**
These three legal passages are part of just about every online terms agreement. Basically, they ensure that a deal is a deal when you're using a site, including Pinterest.

View Past Terms of Service →

Scroll to Top

8