# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CONCEPT ENGINEERING LLC, | |
| Plaintiff, | |
| v. | C.A. No. 21-1465 (MN) |
| PINTEREST, INC., | |
| Defendant. | |

## STIPULATION AND [PROPOSED] ORDER SETTING DISCOVERY AND BRIEFING SCHEDULE IN CONNECTION WITH DEFENDANT'S MOTION TO COMPEL ARBITRATION

WHEREAS, on December 24, 2021, Defendant Pinterest, Inc. ("Defendant" or "Pinterest") filed a Motion to Compel Arbitration and Dismiss Plaintiff's Complaint or, in the Alternative, to Stay Litigation Pending Arbitration ("Motion to Compel Arbitration") [D.I. 12 & 13];

WHEREAS, Plaintiff Concept Engineering LLC ("Plaintiff" or "Concept Engineering") filed its answering brief in response to Pinterest's Motion to Compel Arbitration on February 21, 2022 [D.I. 18];

WHEREAS, Pinterest filed its reply brief in support of its Motion to Compel Arbitration on March 14, 2022 [D.I. 22];

WHEREAS, on June 16, 2022, the Court issued its Order denying Pinterest's Motion to Compel Arbitration without prejudice to renew after limited discovery and ordering that the parties engage in discovery limited to the issue of whether Plaintiff's claims are arbitrable [D.I. 27];

WHEREAS, the Court's June 16, 2022 Order ordered that the parties confer and, on or before June 30, 2022, submit a stipulation to the Court setting forth the deadlines (i) for the completion of the limited discovery ordered therein, and (ii) for the filing of Pinterest's renewed Motion to Compel Arbitration under Rule 56 of the Federal Rules of Civil Procedure ("Renewed Motion to Compel Arbitration") on the question of whether the parties have entered into a valid and enforceable arbitration agreement covering Plaintiff's claims as set forth in its Complaint;

NOW THEREFORE, the parties, subject to Court approval, stipulate and agree as follows:

1. The Court's denial without prejudice of Defendant's Motion to Compel Arbitration does not trigger Defendant's deadline to serve a responsive pleading under Rule 12(a)(4) of the Federal Rules of Civil Procedure.  Any deadline to serve a responsive pleading under Rule 12(a)(4) will be triggered, if at all, by the Court's ruling on Defendant's Renewed Motion to Compel Arbitration.

2. The deadline to complete discovery pursuant to the June 16, 2022 Order is **January 13, 2023**.

3. The deadline for Defendant to file its Renewed Motion to Compel Arbitration is **February 13, 2023**.

4. The deadline for Plaintiff to file its answering brief in opposition to Defendant's Renewed Motion to Compel Arbitration is **March 15, 2023**.

5. The deadline for Defendant to file its reply brief in support of its Renewed Motion to Compel Arbitration is **March 31, 2023**.

6.      If the parties agree that additional time beyond December 30, 2022 is needed to complete discovery pursuant to the June 16, 2022 Order, the parties will meet and confer and submit a stipulation setting forth revised dates for the foregoing deadlines.

| */s/ Daniel A. O'Brien* | */s/ Jennifer A. Ward* |
|---|---|
| Daniel A. O'Brien (#4897) | Jennifer A. Ward (#6476) |
| VENABLE LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 1201 N. Market Street | 222 Delaware Avenue |
| Suite 1400 | Suite 800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-3523 | (302) 304-7600 |
| DAO'Brien@Venable.com | jward@wsgr.com |
| | |
| Meaghan H. Kent | Amy H. Candido |
| Martin L. Saad | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| VENABLE LLP | One Market Plaza |
| 600 Massachusetts Avenue, N.W. | Spear Tower, Suite 3300 |
| Washington, DC 20001 | San Francisco, CA 94105 |
| | (415)-947-2000 |
| *Counsel for Plaintiff* | acandido@wsgr.com |
| *Concept Engineering LLC* | |
| | *Counsel for Defendant* |
| | *Pinterest, Inc.* |

Dated: June 30, 2022

**SO ORDERED** this _____ day of July, 2022.

_____
United States District Court Judge