Case 1:21-cv-01465-MN   Document 32   Filed 09/23/22   Page 1 of 2 PageID #: 328

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONCEPT ENGINEERING LLC, | ) |
| Plaintiff | ) ) ) ) C.A. No. 21-1465 (MN) |
| v. | ) ) |
| PINTEREST, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7, the appearance of Martin L. Saad of Venable LLP on behalf of Plaintiff Concept Engineering LLC ("Plaintiff") is hereby withdrawn. Plaintiff will continue to be represented by Venable LLP.

Dated: September 23, 2022

*Of Counsel*

Meaghan H. Kent (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
mhkent@venable.com

**VENABLE LLP**

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
1201 N. Market Street, Suite 1400
Wilmington, Delaware 19801
Tel: (302) 298-3523
daobrien@venable.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Daniel A. O'Brien, hereby certify on this 23rd day of September, 2022, a copy of the foregoing document was electronically filed with the court and served via CM/ECF, on parties with counsel of record identified on the Court's docket.

                                                */s/ Daniel A. O'Brien*
                                                Daniel A. O'Brien (No. 4897)