**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CONCEPT ENGINEERING LLC, | ) |
| | ) |
| Plaintiff | ) |
| | ) C.A. No. 21-1465 (MN) |
| v. | ) |
| | ) |
| PINTEREST, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7, the appearance of Meaghan H. Kent of Venable LLP on behalf of Plaintiff Concept Engineering LLC ("Plaintiff") is hereby withdrawn. Plaintiff will continue to be represented by Venable LLP.

Dated: September 30, 2022

|  |  |
|---|---|
|  | **VENABLE LLP** |
| *Of Counsel* | */s/ Daniel A. O'Brien* |
|  | Daniel A. O'Brien (No. 4897) |
| Calvin R. Nelson (*pro hac vice*) | 1201 N. Market Street, Suite 1400 |
| VENABLE LLP | Wilmington, Delaware 19801 |
| 600 Massachusetts Avenue, N.W. | Tel: (302) 298-3523 |
| Washington, DC 20001 | daobrien@venable.com |
| crnelson@venable.com |  |
|  | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

    I, Daniel A. O'Brien, hereby certify on this 30th day of September, 2022, a copy of the foregoing document was electronically filed with the court and served via CM/ECF, on parties with counsel of record identified on the Court's docket.

                                                                       /s/ *Daniel A. O'Brien*
                                                                       Daniel A. O'Brien (No. 4897)