**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE**

CONCEPT ENGINEERING LLC,

      Plaintiff,

    v.

PINTEREST, INC.,

      Defendant.

C.A. No. 21-1465 (MN)

## ORDER

AND NOW, this 26th day of January 2023, upon consideration of Plaintiff's *Unopposed Motion for Stay in Light of Withdrawal of Counsel* ("Unopposed Motion") (D.I. 43),

**IT IS HEREBY ORDERED** that:

1.  Plaintiff's Unopposed Motion is **GRANTED**;

2.  This action shall be stayed until **February 24, 2023** to allow Plaintiff the opportunity to obtain new counsel;

3.  All future dates and deadlines scheduled pursuant to the Court's July 1, 2022 Order (D.I. 29) from the date hereof forward are vacated and the parties are ordered to meet and confer and present by stipulation a new proposed schedule for such dates and deadlines by no later than **March 7, 2023**;

4.  If the parties do not reach agreement on a new proposed stipulated schedule by March 7, 2023, the following revised dates and deadlines will apply:

    a.   The deadline to complete discovery pursuant to the June 16, 2022 Order is **April 7, 2023**.

    b.   The deadline for Defendant to file its Renewed Motion to Compel Arbitration is **May 5, 2023**.

    c.   The deadline for Plaintiff to file its answering brief in opposition to Defendant's Renewed Motion to Compel Arbitration is **June 2, 2023**.

    d.   The deadline for Defendant to file its reply brief in support of its Renewed Motion to Compel Arbitration is **June 21, 2023**.

5. ~~If, by **February 24, 2023,** new counsel has not entered an appearance on behalf of Plaintiff, the request of the attorneys with Venable LLP, as set forth in Plaintiff's Unopposed Motion, shall be deemed granted without further order of this Court, and the appearances of Daniel A. O'Brien and Calvin R. Nelson, the only attorneys with Venable LLP currently appearing in the case, shall be stricken as counsel for Concept Engineering LLC without further order of this Court.~~

*MN*

_____
The Honorable Maryellen Noreika
United States District Judge